```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00363
   HUSSAIN ABDUL QUDDUS
   BEOTIS ABDUL QUDDUS                         CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0744    SSN XXX-XX-6208

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/08/2008 and was confirmed 04/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/06/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
SPRINT PC                   UNSEC W/INTER  NOT FILED           .00          .00
AT&T                        UNSEC W/INTER  NOT FILED           .00          .00
CAPITAL ONE AUTO FINANCE    UNSEC W/INTER  NOT FILED           .00          .00
SPRING GREEN LAWN CARE      UNSEC W/INTER  NOT FILED           .00          .00
T MOBILE                    UNSEC W/INTER      475.42          .00          .00
FIRST BANK OF MARIN         UNSEC W/INTER  NOT FILED           .00          .00
TCF NATIONAL BANK           UNSEC W/INTER  NOT FILED           .00          .00
ST JAMES HOSPITAL           UNSEC W/INTER  NOT FILED           .00          .00
MCI COMMUNICATIONS          UNSEC W/INTER  NOT FILED           .00          .00
RMI/MCSI                    UNSEC W/INTER      250.00          .00          .00
DEUTSCHE BANK NATIONAL T    NOTICE ONLY    NOT FILED           .00          .00
CAPITAL ONE AUTO FINANCE    SECURED VEHIC    18085.98       761.41      3010.20
COUNTRYWIDE HOME LOANS      CURRENT MORTG        .00           .00          .00
COUNTRYWIDE HOME LOANS      MORTGAGE ARRE    24290.66          .00       770.47
CAPITAL ONE AUTO FINANCE    FILED LATE           .00           .00          .00
ERNESTO D BORGES JR         DEBTOR ATTY      3,000.00                   3,000.00
TOM VAUGHN                  TRUSTEE                                       647.92
DEBTOR REFUND               REFUND                                        910.00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             9,100.00

PRIORITY                                          .00
SECURED                                      3,780.67
    INTEREST                                   761.41
UNSECURED                                         .00
ADMINISTRATIVE                               3,000.00
TRUSTEE COMPENSATION                           647.92
DEBTOR REFUND                                  910.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 00363 HUSSAIN ABDUL QUDDUS & BEOTIS ABDUL QUDDUS
```

```
                                ---------------        ---------------
TOTALS                               9,100.00               9,100.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 02/25/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```